FILED
2013 Aug-01  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/LJW: Aug. 2013
GJ#12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DAVID WILSON,** | ) |
| *also known as "Dog"* | ) |

## <u>INDICTMENT</u>

**<u>COUNT ONE:</u>**  **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges:

That on or about the 22nd day of May, 2013, in Jefferson County, within the Northern District of Alabama, the defendant,

**DAVID WILSON,**
*also known as "Dog,"*

did knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**<u>COUNT TWO:</u>**  **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges:

That on or about the 28th day of May, 2013, in Jefferson County, within the Northern District of Alabama, the defendant,

**DAVID WILSON,**
*also known as "Dog,"*

did knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE:** [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges:

That on or about the 5th day of June, 2013, in Jefferson County, within the Northern District of Alabama, the defendant,

**DAVID WILSON,**
*also known as "Dog,"*

did knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

*/s/ Electronic Signature*
FOREMAN OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

*/s/ Electronic Signature*
L. JAMES WEIL, JR.
Assistant United States Attorney